FLOSS, APPELLEE, *v.* CULVER ET AL.; TRAVELERS INDEMNITY
COMPANY OF ILLINOIS, APPELLANT.

[Cite as *Floss v. Culver,* 113 Ohio St.3d 198, 2007-Ohio-1387.]

(Nos. 2006–0505 and 2006–0767—Submitted March
14, 2007—Decided April 11, 2007.)

{¶ 1} The certified question is answered in the negative and the judgment of
the court of appeals is affirmed on the authority of *Mid–American Fire & Cas.
Co. v. Heasley,* 113 Ohio St.3d 133, 2007-Ohio-1248, 863 N.E.2d 142.

MOYER, C.J., PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER
and CUPP, JJ., concur.

Weston Hurd, L.L.P., and Shawn W. Maestle, for appellant.